UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHERUBIM CHINEDUM ADIM dba AGOURMP GLOBAL SOLUTION INC.,<br><br>                    Plaintiff,<br><br>          -against-<br><br>ALVIN LEONARD BRAGG, also known as elected Manhattan DA,<br><br>                    Defendant. | 24-CV-4230 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Cherubim Chinedum Adim, who is proceeding *pro se*, filed this action against Manhattan District Attorney Alvin Bragg. For the reasons set forth below, the Court dismisses this action.

Plaintiff has submitted to this court a substantially similar complaint against Bragg raising the same claims. That action is presently pending in this court under docket number 24-CV-4585. Because this complaint raises the same claims, no useful purpose would be served by litigating this duplicative action. The Court therefore dismisses this complaint as duplicative, without prejudice to Plaintiff's pending case under docket number 24-CV-4585.

## CONCLUSION

The Court dismisses this action without prejudice as duplicative of the case under docket number 24-CV-4585. All other pending matters in this action are terminated.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this case.

Dated:   August 7, 2024
        New York, New York

                                               /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                          Chief United States District Judge