UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERUBIM CHINEDUM ADIM DBA
AGOURMP GLOBAL SOLUTION INC.,

                        Plaintiff,

            -against-

ALVIN LEONARD BRAGG, ALSO
KNOWN AS ELECTED MANHATTAN DA,

                        Defendant.

24-CV-4230 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 7, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    August 7, 2024
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge